IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>represented by the DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, by )<br>and through its agents the NATIONAL )<br>INSTITUTES OF HEALTH and the )<br>NATIONAL CANCER INSTITUTE, )<br>)<br>Defendant. ) | No. 08-cv-02565 JAR/DJW<br><br>Judge Julie A. Robinson<br><br>ORAL ARGUMENT REQUESTED |

### MOTION OF CENTOCOR ORTHO BIOTECH PRODUCTS, L.P. TO INTERVENE AS A DEFENDANT PURSUANT TO FED. R. CIV. P. 24

Centocor Ortho Biotech Products, L.P. ("COBI") hereby moves to intervene as a defendant pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, Federal Rule of Civil Procedure 24(b). Defendant The United States of America does not oppose COBI's motion to intervene. Plaintiff University of Kansas Center for Research, Inc. stated that it wished to review COBI's memorandum prior to deciding whether it would oppose COBI's intervention.

COBI's memorandum of points and authorities in support of this motion and the accompanying exhibits, including the declarations of Kathleen Borthwick and Laura Donnelly, are submitted herewith. COBI also requests leave to file its Answer to the First Amended Complaint and Affirmative Defenses attached as Exhibit A to COBI's memorandum of points and authorities in support of this motion.

COBI respectfully requests oral argument on its motion to intervene as a defendant pursuant to Fed. R. Civ. P. 24.

DATED:  May 19, 2009  Respectfully submitted,

ROUSE HENDRICKS GERMAN MAY PC

By  /s/ Jason M. Hans
William D. Beil        KS #18072
Jason M. Hans        KS #18881
One Petticoat Lane Building
1010 Walnut Street, Suite 400
Kansas City, Missouri 64106
Tele:  816-471-7700
Fax:   816-471-2221
Email:  billb@rhgm.com
       jasonh@rhgm.com

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Raymond N. Nimrod (motion for leave to appear pro hac vice forthcoming)
David Eiseman (motion for leave to appear pro hac vice forthcoming)
50 California Street, 22nd Floor
San Francisco, CA 94111
Tele:  415-875-6600
Fax:   415-875-6700
Email:  raynimrod@quinnemanuel.com
       davideiseman@quinnemanuel.com
Attorneys for Centocor Ortho Biotech Products, L.P.

-3-

**CERTIFICATE OF SERVICE**

        I hereby certify that, on this 19th day of May, 2009, a copy of this document was filed electronically with the above-captioned court with notice of electronic filing generated and sent electronically by the electronic case filing system to all counsel of record receiving electronic notification and a paper copy of this document was served by U.S. Mail, postage prepaid, to any counsel of record not receiving notice of electronic filing at the address listed for such counsel in the notice of electronic filing.

    /s/ Jason M. Hans
Attorney for Centocor Ortho Biotech Products L.P.