IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNIVERSITY OF KANSAS ) <br> CENTER FOR RESEARCH, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> represented by the DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, ) <br> by and through its agents the NATIONAL ) <br> INSTITUTES OF HEALTH and the ) <br> NATIONAL CANCER INSTITUTE, ) <br> ) <br> Defendant. ) | No. 08-cv-02565 JAR/DJW <br><br> Judge Julie A. Robinson |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SUBMIT THE REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to Local Rule 6.1(a), Defendant the United States ("the government") moves for an extension of time to submit the report of parties' planning conference until ten days after the Court rules on pending motions to intervene filed by Proposed Defendant Intervenors Centocor Ortho Biotech Products, L.P. and Millennium Pharmaceuticals, Inc.

On May 20, 2009, the Court indicated that it intended to resolve the motions to intervene before holding a scheduling conference so that all joined parties could fully participate. The Court ordered Plaintiff to submit a revised report of parties' planning conference by July 17, and it set the telephone scheduling conference for July 23. Docket No. 35 (Minute Sheet).

On July 13, 2009, the undersigned counsel contacted Plaintiff's counsel and asked whether it would join this motion. On July 14, Plaintiff's counsel stated that it refused to join and that it would proceed by preparing a report of parties' planning conference for July 17, even in the absence

of a ruling on the motions to intervene. On July 15, after multiple inquiries from the undersigned counsel, Plaintiff's counsel indicated that it will oppose this motion.

Presently, it remains unresolved as to which entities will be permitted to join as parties to the case. Because the reason for the postponement of the report and scheduling conference remains valid, adherence to the July 17 and 23 dates is impractical and highly inefficient, and this would further lead to a waste of judicial resources.

Accordingly, the government seeks an extension of time to submit the report of parties' planning conference until ten days after the Court rules on the motions to intervene. The government also seeks an extension of time of at least seven days after such submission to hold the telephone scheduling conference, subject to the Court's availability.

For the reasons stated above, the government respectfully requests that the Court grant the motion for an extension of time.

                                         Respectfully submitted,

                                         TONY WEST
                                         Assistant Attorney General

                                         JOHN J. FARGO
                                         Director

                                         */s  Kirby W. Lee*

Of Counsel:                            KIRBY W. LEE
SUSAN L.C. MITCHELL         Attorney
Assistant Director                Commercial Litigation Branch
                                         Civil Division
                                         Department of Justice
                                         Washington, DC  20530
                                         Telephone:    (202) 307-0335
July 15, 2009                         Facsimile:    (202) 307-0345

                                         Attorneys for Defendant the United States

*Motion To Extend The Time to Submit The Report of Parties' Planning Conference*
University of Kansas Center for Research, Inc. v. United States
Case No. 08-cv-02565 JAR/DJW

## CERTIFICATE OF SERVICE

  I certify that on July 15, 2009, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Catherine S. Branch
catherine.branch@pillsburylaw.com

Catherine C. Theisen
ctheisen@barberemerson.com

Christopher K. Dorsey
christopher.dorsey@pillsburylaw.com

George M. Sirilla
george.sirilla@pillsburylaw.com

Terrence J. Campbell
tcampbell@barberemerson.com

William P. Atkins
william.atkins@pillsburylaw.com

Robert D. Bajefsky
robert.bajefsky@finnegan.com

William D. Beil
bilb@rhgm.com

Barbara C. Frankland
bfrankland@midwest-law.com

Jason M. Hans
jasonh@rhgm.com

Thomas H. Jenkins
thomas.jenkins@finnegan.com

William L. Strauss
william.strauss@finnegan.com

Nicole L. M. Valtz
nicole.valtz@finnegan.com

Melissa J. Baily
melissabaily@quinnemanuel.com

David Eiseman
davideiseman@quinnemanuel.com

Raymond N. Nimrod
raynimrod@quinnemanuel.com

  I further certify that there are no non-CM/ECF participants who require first-class mail service of the foregoing document and notice of electronic filing.

                */s  Kirby W. Lee*
                KIRBY W. LEE
                Attorney
                Commercial Litigation Branch
                Civil Division
                Department of Justice
                Washington, DC  20530
                Telephone: (202) 307-0335
                Facsimile: (202) 307-0345
                E-mail:  kirby.lee@usdoj.gov